JAMES WILSON, Appellant, *v.* THE CENTRAL INSURANCE COMPANY, LIMITED, Respondent.

*Wilson* v. *Central Ins. Co., Limited*, 135 App. Div. 649, appeal dismissed.
(Argued October 2, 1911; decided November 23, 1911.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 10, 1909, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover on a policy of accident insurance.

The motion was made upon the ground that the order of the Appellate Division was not appealable to the Court of Appeals.

*John S. Sheppard, Jr.,* and *Russel R. Vaughn* for motion.

*Franklin M. Danaher* opposed.

Motion granted and appeal dismissed, with·costs and ten dollars costs of motion.